■ In the Matter of GLORIA HARDEN et al., Respondents, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. In the Matter of JOANNE BING, Respondent, v MARSHALL C. BERGER et al., Respondents. In the Matter of STEVEN H. REISBERG, Appellant, v JOEL H. SEREBIN et al., Respondents. In the Matter of WALTER B. TOLUB, Appellant, v JOEL H. SEREBIN et al., Respondents. (And Two Other Actions.)— Judgment, Supreme Court, New York County (David B. Saxe, J.), entered on August 17, 1989, unanimously affirmed, without costs and without disbursements. No opinion. Concur— Wallach, J. P., Smith, Rubin and Kassal, JJ.

■ In the Matter of VALERY V. TORRES et al., Respondents, v GERTRUDE STROHM et al., Respondents, and PEDRO ESPADA, Appellant. In the Matter of PEDRO ESPADA, Appellant, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, Bronx County (Lewis R. Friedman, J.), entered on August 18, 1989, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Wallach, Smith and Rubin, JJ.

■ In the Matter of PETER J. POWERS et al., Appellants, v GERTRUDE STROHM et al., Respondents.—Judgment, Supreme County, New York County (Edith Miller, J.), entered on August 22, 1989, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Wallach, Smith, Rubin and Kassal, JJ.

■ In the Matter of EPHRIAM BERNSTEIN, Appellant, v CONSTANTINE SIDAMON-ERISTOFF et al., Respondents. (And Five Other Actions.)—Judgment, Supreme Court, New York County (Edith Miller, J.), entered on August 23, 1989, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Smith, Asch and Kassal, JJ.